UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

CHRISTOPHER L. STRAHAN,

    *Plaintiff*,

vs.

FLORENCE CEMENT COMPANY,
DORREEN LANNI and ANGELO LANNI,
SR.

    *Defendants*.

Case No. 25-CV-11546
Hon. Matthew Leitman

| | |
|---|---|
| Christopher L. Strahan (In Pro Per)<br>36240 Tarpon Drive<br>Sterling Heights, MI 48312<br>(586) 318-0077<br>**chrisstrahan@comcast.net** | GORDON REES SCULLY MANSUKHANI<br>Matthew T. Wise (P76794)<br>Andrew Krieber (P83377)<br>Attorneys for Defendants<br>37000 Woodward Avenue, Suite 225<br>Bloomfield Hills, MI 48304-0925<br>(313) 426-9815/ (313) 406-7373 (fax)<br>**mwise@grsm.com**<br>**akrieber@grsm.com** |

_____

**ORDER AUTHORIZING ELECTRONIC SERVICE PURSUANT TO**
**FED. R. CIV. P. 5(b)(2)(E) AND FED. R. CIV. P. 5(b)(2)(F)**

Upon stipulation of the parties herein, and the Court being otherwise fully advised;

**IT IS HEREBY ORDERED** that pursuant to Fed. R. Civ. P. 5(b)(2)(E), Plaintiff, Christopher L. Strahan, and the Defendants, Florence Cement Company, Doreen Lanni, and Angelo Lanni, Sr., by and through counsel, Gordon Rees Scully

Mansukhani, LLP, do hereby stipulate and agree that service of papers on a party may be accomplished, as allowed under Fed. R. Civ. P. 5(b)(2)(E) and Fed. R. Civ. P. 5(b)(2)(F) by e-mail, on the attorneys and other individuals identified below, and that paper copies of documents e-mailed do not need to be furnished. The Plaintiff, attorneys, and other law firm individuals are listed below:

<u>Plaintiff</u>
Christopher L. Strahan          chrisstrahan@comcast.net

<u>Attorneys for Defendants</u>
Matthew T. Wise                 jsabatini@grsm.com
Andrew Krieber                  akrieber@grsm.com
Catherine Irwin                 cirwin@grsm.com
Danielle Woods                  dwoods@grsm.com
Lindsey Feiner                  lfeiner@grsm.com
Frances Beer                    fbeer@grsm.com

**IT IS SO ORDERED.**

*This is not a final order and does not close the case.*


Dated: July 23, 2025,                    s/Elizabeth A. Stafford_____
                                         Hon. Elizabeth A. Stafford
                                         U.S. Magistrate Judge