UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRISTOPHER L. STRAHAN,

Plaintiff,

Case No. 25-cv-11546
Hon. Matthew F. Leitman

v.

FLORENCE CEMENT CO., *et al.*,

Defendants.
__________________________________________/

**ORDER (1) ADOPTING RECOMMENDED DISPOSITION OF REPORT AND RECOMMENDATION (ECF No. 30) AND (2) GRANTING DEFENDANTS' MOTION TO DISMISS (ECF No. 29)**

In this action, *pro se* Plaintiff Christopher L. Strahan brings claims against his former employer, Defendant Florence Cement Company, and two of Florence Cement's employees, Defendants Dorreen Lanni and Angelo Lanni. (*See* Compl., ECF No. 1.) On December 8, 2025, the Court issued an order in which it (1) granted Defendants' motion to dismiss (ECF No. 19) and (2) granted Strahan leave to file a First Amended Complaint by no later than January 26, 2026. (*See* Order, ECF No. 23.) The Court then explained to Strahan what he needed to include in that amended pleading:

> In Strahan's First Amended Complaint, he shall:
>
> - Set out his factual allegations in individually numbered paragraphs;

> - Set out each claim in a separately labeled count;
>
> - Clearly identify which claims he is bringing against which Defendant;
>
> - State his factual allegations against each Defendant separately. These allegations shall include all facts, currently known to him, that could support his claims against each Defendant;
>
> - Identify each injury or harm he allegedly suffered as a result of each Defendant's alleged conduct; and
>
> - Identify the federal law(s) under which each claim is brought.

(*Id.*, PageID.123.) Finally, the Court warned Strahan that if he did "not file a First Amended Complaint as directed above by January 26, 2026, the Court would enter judgment against Strahan and close this action." (*Id.*)

On January 26, 2026, Strahan filed a four-paragraph letter with the Court that appeared to be his attempt to file a First Amended Complaint. (*See* First Am. Compl., ECF No. 28.) That document, however, did not comply with the Court's directions in the Court's December 8 order. Accordingly, on May 29, 2026, Defendants filed a renewed motion to dismiss this action. (*See* Mot., ECF No. 29.) Strahan never filed a response to that motion.

On June 2, 2026, the assigned Magistrate Judge issued a report and recommendation in which she recommended that the Court grant Defendants' motion to dismiss (the "R&R"). (*See* R&R, ECF No. 30.) In the R&R, the Magistrate Judge explained that Defendants' motion should be granted because (1) Strahan's First Amended Complaint did "not comport with the requirements for an amended complaint set forth in Judge Leitman's order" and (2) in any event, the First Amended Complaint "fail[ed] to state a plausible claim for relief." (*Id.*, PageID.134.) At the conclusion of the R&R, the Magistrate Judge instructed the parties that if they wished to file objections to her recommendation, they needed to file "specific written objections" within fourteen days. (*Id.*, PageID.135.)

Strahan has not filed any objections to the R&R. Nor has he contacted the Court to ask for additional time to file objections. The failure to object to an R&R releases the Court from its duty to independently review the matter. *See Thomas v. Arn,* 474 U.S. 140, 149 (1985). *See also Ivey v. Wilson*, 832 F.2d 950, (6th Cir. 1987) (explaining that where party fails to file "timely objections" to report and recommendation, court may accept that recommendation "without expressing any view on the merits of the magistrate's conclusions"). In addition, the failure to file objections to an R&R waives any further right to appeal. *See Howard v. Sec'y of Health and Human Servs.,* 932 F.2d 505 (6th Cir. 1991); *Smith v. Detroit Fed'n of Teachers Local 231,* 829 F.2d 1370, 1373 (6th Cir. 1987).

Accordingly, because Strahan has failed to file any objections to the R&R, **IT IS HEREBY ORDERED** that the Magistrate Judge's recommendation to grant Defendants' motion to dismiss is **ADOPTED**. That motion is **GRANTED** and Strahan's First Amended Complaint is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: October 14, 2026

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 14, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126