UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRISTOPHER L. STRAHAN,

Plaintiff,

Case No. 25-cv-11546
Hon. Matthew F. Leitman

v.

FLORENCE CEMENT CO., *et al.*,

Defendants.
______________________________________________/

# JUDGMENT

In accordance with the Orders entered on this day and on December 8, 2025,

**IT IS ORDERED AND ADJUDGED** that Judgment is entered in favor of Defendants and against Plaintiff.

KINIKIA ESSIX
CLERK OF COURT

By: s/Holly A. Ryan
Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated: October 14, 2026
Detroit, Michigan